George H. Parsells, III (038681988)
Vimal K. Shah (040221994)
**McELROY, DEUTSCH, MULANEY & CARPENTER, LLP**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Plaintiff, Spencer Falk

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SPENCER FALK,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>POINT OF CARE NETWORK, LLC,<br>RICHARD ZWICKEL, and CARMEN MAZZATTA,<br><br>　　　　　　　　Defendants. | Docket No: 2:21-cv-18018-CCC-AME<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(a) and the terms of the parties' Settlement Agreement, Plaintiff Spencer Falk and Defendants Point of Care Network, LLC, Richard Zwickel and Carmen Mazzatta, through their respective counsel, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own fees and costs.

Respectfully submitted this 22th day of December, 2021.

McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Attorneys for Plaintiff, Spencer Falk

By: _/s/ George H. Parsells_
George H. Parsells, III, Esquire

Koley, Jessen, P.C., L.L.O.
Attorneys for Defendants, Point of Care
Network, LLC, Richard Zwickel and
Carmen Mazzatta

By: _/s/ Andrew S. Tugan_
Andrew S. Tugan, Esquire

SO ORDERED

　　_s/Claire C. Cecchi_
Claire C. Cecchi, U.S.D.J.

Date: 12/22/2021